# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**TELICIA A. DEBERRY**                                                        **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO.  1:18CV86 LRA**

**NACNY BERRYHILL**
**ACTING COMMISSIONER OF SOCIAL SECURITY**                        **DEFENDANT**

## FINAL JUDGMENT

For the reasons given in the Court's Order issued this day, pursuant to 42 U.S.C. § 405(g), the Commissioner's final decision is remanded to the Social Security Administration for further proceedings in accordance with this Court's Order.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's decision is remanded to the Social Security Administration.

SO ORDERED on September 27, 2019.


_____s/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE